## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Doe v. Mullin _____ Docket No.: 26-1750 _____

Lead Counsel of Record (name/firm) or Pro se Party (name): Razeen Zaman, Asian American Legal Defense and Education Fund _____

Appearance for (party/designation): All Plaintiffs-Appellees: Abdo Doe, Ali Doe, Ebe Doe, Fahad Doe, Faiz Doe, Hadeel Doe, Sam Doe _____

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✔] Correct
[ ] Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
[✔] Correct
[ ] Incorrect.    The following parties do not wish to participate in this appeal:
Parties: _____
[ ] Incorrect.    Please change the following parties' designations:
Party                                        Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
[✔] Correct
[ ] Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Razeen Zaman _____
Firm: Asian American Legal Defense and Education Fund _____
Address: 99 Hudson Street, 12th Floor, New York, NY 10013 _____
Telephone: 212-966-3392 _____ Fax: _____
Email: rzaman@aaldef.org _____

## RELATED CASES

[✔] This case has not been before this Court previously.
[ ] This case has been before this Court previously.    The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____
_____

## CERTIFICATION

I certify that [✔] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
_____ OR that [ ] I applied for admission on _____ or renewal on
_____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Razeen Zaman _____
Type or Print Name: Razeen Zaman _____
            OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.