## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Doe v. Mullin                                             Docket No.: 26-1750

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Shayana Devendra Kadidal

Firm: Center for Constitutional Rights

Address: 666 Broadway, Floor 7, NY NY 10012

Telephone: 212 614-6438                    Fax: 212 614-6451

E-mail: kadidal@ccrjustice.org

Appearance for: Abdo Doe, et al., appellees
                              (party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel:_____)
                                                    (name/firm)

☐ Substitute counsel (replacing other counsel:_____)
                                                    (name/firm)

☑ Additional counsel (co-counsel with: Razeen Zaman, AALDEF; Baher Azmy, CCR )
                                                    (name/firm)

☐ Amicus (in support of:_____)
                                (party/designation)

---

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on July 11, 2023 _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/Shayana Kadidal

Type or Print Name: Shayana Devendra Kadidal