**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 26-1750

**Motion for:** FRAP 12.1 remand

Caption [use short title]

Doe v. Mullin

Set forth below precise, complete statement of relief sought:

The government requests that this case be remanded to the district court so that the district court can vacate the order on appeal, consistent with the indicative ruling entered by the district court on July 20, 2026.

**MOVING PARTY:** Defendants/Appellants

**OPPOSING PARTY:** Plaintiffs/Appellees

☐ Plaintiff   ☒ Defendant

☒ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Mark Osmond

**OPPOSING ATTORNEY:** Razeen Zaman

[name of attorney, with firm, address, phone number and e-mail]

U.S. Attorney's Office, SDNY

86 Chambers Street, 3rd Floor, New York, NY 10007

212-637-2713; mark.osmond@usdoj.gov

Asian American Legal Defense and Education Fund

99 Hudson Street, 12th Floor, New York, NY 10013

212-966-3392; rzaman@aaldef.org

Court- Judge/ Agency appealed from: Southern District of New York / Dale E. Ho

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain): 

Opposing counsel's position on motion:
☒ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No

Requested return date and explanation of emergency: 

Is the oral argument on motion requested?   ☐ Yes   ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ☒ No  If yes, enter date: 

**Signature of Moving Attorney:**

MARK OSMOND  Digitally signed by MARK OSMOND Date: 2026.07.21 10:26:28 -04'00'   **Date:** 7/21/2026   Service : ☒ Electronic   ☐ Other [Attach proof of service]

**Form T-1080 (**rev. 10-23)



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

<u>By electronic filing</u>                July 20, 2026
Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

      Re:     *Doe v. Mullin*, No. 26-1748, and *Doe v. Mullin*, No. 26-1750

Dear Ms. Wolfe:

This Office represents defendants-appellants (the "government") in the above-named appeals. We write to notify the Court that today the district court issued an order that bears on the government's pending emergency motions (Dkt. No. 15 in 26-1748 and Dkt. No. 11 in 26-1750) seeking a stay pending appeal and administrative stay of, or summary vacatur of, the district court's May 1, 2026, order postponing, under 5 U.S.C. § 705, the effective date of the termination of Yemen's Temporary Protected Status designation (the "section 705 order").

In its order, the district court granted the government a stay of the section 705 order pending appeal. That stay moots the portions of the government's motions seeking a stay pending appeal and an immediate administrative stay.

The district court also issued an indicative ruling, pursuant to Federal Rule of Civil Procedure 62.1, stating that it would grant the government's motion to vacate the section 705 order on remand. In light of that indicative ruling, and pursuant to Federal Rule of Appellate Procedure 12.1, the government respectfully requests that this Court remand the matters so the district court may vacate the section 705 order. Should the district court do so, the government's motion for summary vacatur would also become moot.

A copy of the district court's order is enclosed. Thank you for your consideration.

      Respectfully,

      JAY CLAYTON
      United States Attorney for the
      Southern District of New York
      *Attorney for Defendant*

By: <u>/s/ Mark Osmond</u>
      MARK OSMOND
      BENJAMIN H. TORRANCE
      Assistant United States Attorneys
      Telephone: 212-637-2713
      E-mail: mark.osmond@usdoj.gov

cc: Counsel of record (via ACMS)